**Charitable Contributions**
Carson City-Crystal Area Schools Foundation
Muscular Dystrophy Assocation - Mt. Pleasant Lock-Up Camp Champion
Special Olympics Michigan
Junior Achievement of Mid Michigan
Kiwanis of Mt. Pleasant
Carson City Hospital
Central Michigan Community Hospital
Central Michigan Pregnancy Services
Sacred Heart Academy
Mt. Pleasant Optimist Club
Mt. Pleasant Chamber of Commerce
Gratiot Area Chamber of Commerce
Central Michigan University - Chippewa Athletic Fund
Central Michigan University Football - 1100 Club
Mt. Pleasant Area Community Foundation - Women's Initiative Fund
Goodwill Industries of Greater Grand Rapids
Habitat for Humanity of Isabella County
March of Dimes
Crystal Youth League
Fraternal Order of Police Montcalm County
Ronald McDonald House Charities
Mt. Pleasant Oiler Athletic Boosters
United Way of Isabella County
Humane Animal Treatment Society


**Service Donations**
Central Michigan Community Hospital Foundation Board - Prior Board Member
Kiwanis of Mt. Pleasant - Member
Charter Township of Union Economic Development Authority Board - Prior Board Member
Gratiot Isabella Technical Education Center Advisory Board - Prior Board Memember
Business Professionals of America, Michigan Association - Contest Judge