## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Jeremy R. Sheets | **DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:10-cr-380 | 7/18/2011 | 2:32 p.m. - 3:13 p.m. | Kalamazoo | |

### APPEARANCES

Government:

Jason C. Turner and Meagan D. Johnson

Defendant:

Martin E. Crandall

Counsel Designation:

Retained

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>   __mute    __nolo contendre<br>   __not guilty    __guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br>_____<br>_____<br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>  __Read    __Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

Imprisonment: 15 months

Probation: n/a

Supervised Release: 2 years

Fine: $ 12,000.00

Restitution: $ 115, 534.00

Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes __ No

Defendant informed of right to appeal: ✓ Yes __ No

Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
  Date: 1/24/2011
  By: Plea
  As to Count (s): 1 of the Information

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |